**Rafael BARRETO, Petitioner–Appellant,**

v.

**William KNIPP, Warden, Respondent–Appellee.**

**No. 10–15591.**

United States Court of Appeals, Ninth Circuit.

Submitted April 19, 2013.*

Filed April 23, 2013.

Rafael Barreto, pro se.

Allan I. Yannow, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: HAWKINS, GRABER and CHRISTEN, Circuit Judges.

MEMORANDUM **

Rafael Barreto appeals the district court's denial of his petition for writ of habeas corpus. We review denial of Barreto's habeas petition de novo. *DeWeaver v. Runnels,* 556 F.3d 995, 997 (9th Cir. 2009).

The last reasoned decision from state court separately analyzed both waiver of Barreto's *Miranda* rights and the voluntariness of his statements to the police. *See Colorado v. Connelly,* 479 U.S. 157, 163, 167–70, 107 S.Ct. 515, 93 L.Ed.2d 473 (1986). The state court therefore did not unreasonably apply clearly established federal law by conflating two distinct issues. *See* 28 U.S.C. § 2254(d).

The state court concluded that Barreto knowingly and voluntarily waived his *Miranda* rights. At worst, fairminded jurists could disagree as to whether the state court's conclusion was correct. *See Harrington v. Richter,* —— U.S. ——, 131 S.Ct. 770, 786, 178 L.Ed.2d 624 (2011). Barreto is therefore not entitled to relief on his Fifth Amendment claim. *Id.*

Barreto has not made a substantial showing that his statements to police were coerced and therefore that his Fourteenth Amendment rights were violated. *See* 28 U.S.C. § 2253(c)(2). Therefore, we decline to issue a certificate of appealability on this issue. *See* 28 U.S.C. § 2253(c)(1)(A).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.